Lester Windsor, Plaintiff in Error, v. J. C. Swindell, Defendant in Error.

A Writ of Error to the Circuit Court for Polk County.

Writ of Error dismissed on motion of Counsel for Defendant in Error.

*Don Register,* for plaintiff in Error.

*Kelsey Blanton,* for Defendant in Error.